BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA M. SHAW, and her lawfully married Spouse LARRY L. SHAW, Plaintiffs | ) ) ) Cause No. 4 05CV01222HEA ) |
| v. | ) ) ) |
| BOEING SERVICE COMPANY, a duly existing Delaware Corporation | ) ) ) |
| and | ) ) |
| JOHN AND JANE DOE I & II, Defendants | ) ) ) |

**FILED**

MAR 3 0 2006

U. S. DISTRICT COURT
E. DISTRICT OF MO.

### PLAINTIFFS' MOTION FOR LEAVE TO COURT TO JOIN ADDITIONAL DEFENDANTS HEREIN

COME NOW Plaintiffs and state as follows:

1. On the 8th day of August, 2005, Plaintiff filed this Cause of Action, naming John and Jane Doe I & II as additional potential Defendants.

2. On the 3rd day of February, 2006, this Honorable Court issued a Case Management Order, granting until the 28th day of April, 2006 to join additional parties herein.

3. On the 17th day of March, 2006, Defendant Boeing Service Company first divulged the names and addresses of two additional Parties Defendant, namely G.E./InVision, Inc. and Advanced Interactive Systems.

4. On the 29th day of March, 2006, Plaintiffs' Attorney telephoned the Office of Defendant Boeing Service Company's Attorney, who apparently has no objection hereto.

WHEREFORE, Plaintiffs Move for Leave of Court to join these two legal entities as additional Defendants and for whatever further relief as this Honorable Court feels meet and proper in these premises.

SO ORDERED:

Judge: _____ dated 5-30-06